Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.                                                                                                  Crim. No. 07-CR-196-01-PB

Arthur Martel

On February 26, 2008, Arthur Martel was sentenced to serve 3 Years probation, including a 12 month period of home detention with electronic monitoring. A fine of $3,600 was also ordered. He has complied with the rules and regulations of supervised release, paid the fine in full, and is no longer in need of supervision. It is accordingly recommended that Arthur Martel be discharged from probation.

Respectfully submitted,

_____
Timothy J. Brown
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this __4__ day of __August__, 2010.

/s/ Paul Barbadoro
_____
Paul Barbadoro
U.S. District Court Judge